IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

C-3-89-36

| | | |
|---|---|---|
| LARRY NMI WATSON | : | CASE NO: _____ |
| | | (Judge Walter H. Rice) |
| Plaintiff | : | |
| - vs - | : | |
| GARY R. HAINES, SHERIFF et al., | : | |
| | : | **ENTRY GRANTING MOTION FOR IMMEDIATE INSPECTION** |
| Defendants | | |

FOR GOOD CAUSE SHOWN, there shall be an immediate inspection of the Montgomery County Jail. Said inspection shall be conducted by this Judge at __10:00__ A.M. P.M. on the __23rd__ day of __January__ 1989.

IT IS ORDERED

_____
JUDGE RICE

#4